JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Lee,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00161-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 11) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 7, 2025 to July 7, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 5, 2025 and May 12, 2025, Plaintiff's Counsel has seventeen Merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 30, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: April 30, 2025        PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration


By:  **/s/ Justin Lane Martin*
     Justin Lane Martin
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on April 30, 2025)

2

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including July 7, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **April 30, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE